IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**FILED**

APR 1 8 2019

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF PRELIMINARY EXAMINATION** |
| VS. | (Rule 5, Fed. R. Crim. P.) |
| **CARLA MICHELLE RESENDIZ** | Case No. B-19-0468-MJ |

I, **CARLA MICHELLE RESENDIZ,** charged in a **complaint** pending in this District **knowingly and intentionally possess with intent to distribute approx. 124.820 kilos of marijuana, Schedule I controlled substance under CSA of 1970; Conspiracy to possess with intent to distribute the same 124.820 kilograms of marijuana** in violation of **21 U.S.C. 841a (1) & 846 (b)(1)(A) and 18 USC 2,** and having appeared before this Court and been advised of my rights as required by Rule 5, Fed. R. Crim. P., including my right to a preliminary examination, do hereby waive my right to a preliminary examination.

✗ *Carla M Resendiz*
Defendant

Counsel for Defendant
Arturo Vasquez

DATE: 4-18-19